NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**CLEARVALUE, INC.,**
*Plaintiff,*

AND

**RICHARD ALAN HAASE,**
*Plaintiff-Appellant,*

v.

**PEARL RIVER POLYMERS, INC., POLYCHEMIE, INC., SNF, INC., POLYDYNE, INC., AND SNF HOLDING COMPANY,**
*Defendants-Appellees.*

———————————————

2012-1595

———————————————

Appeal from the United States District Court for the Eastern District of Texas in case no. 06-CV-0197, Chief Judge Leonard Davis.

———————————————

**ON MOTION**

———————————————

**O R D E R**

CLEARVALUE, INC. V. PEARL RIVER POLYMERS, INC.                    2

Richard Alan Haase moves for a 60-day extension of time, until February 13, 2013, to file his brief.  Haase states that the appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s27